AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 10, 2020*
David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Jennifer Daniela Martinez<br><br>*Defendant(s)* | Case No.  **4:20mj1226** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  06/26/2020  in the county of  Brazos  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 751(a); Escape | Did knowingly escape from the custody of an institution or facility in which she was confined by direction of the Attorney General, or by virtue of any process issued under the laws of the United States by any Court, Judge, or Magistrate Judge, namely, a Judgment and Commitment of the United States District Court for the Southern District of Texas upon conviction of a felony offense. |

This criminal complaint is based on these facts:

Jennifer MARTINEZ was sentenced in Laredo, the Southern District of Texas for a term of 84-months for conspiricy to import methamphetamine. On June 26, 2020, at approximately 6:30 am it was determined that MARTINEZ escaped the Federal Prison Camp located in Bryan, Texas without prior authorization by climbing under a perimeter fence and did not return.

☑ Continued on the attached sheet.

*Complainant's signature*

DUSM Chadwick Krenik
*Printed name and title*

Sworn to before me telephonically.

Date:  July 10, 2020

*Judge's signature*

City and state:  Houston, Texas

Dena Hanovice Palermo, US Magistrate Judge
*Printed name and title*

**Affidavit in Support of Criminal Complaint sworn to via telephone**

I, Chadwick Krenik, being duly sworn hereby depose and state via telephone:

1. That I am a Deputy United States Marshal with the United States Marshal Service in Houston, Texas and I have been employed in this capacity since April 2009.

2. During my employment with the United States Marshal Service, I have conducted numerous investigations relating to the escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders and Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3. This affidavit sworn to telephonically is prepared in conjunction with the request for a complaint and arrest warrant for Jennifer Daniela Martinez who escaped from the Federal Prison Camp at 1100 Ursuline Ave, Bryan, Texas 77803 on June 26, 2020 at approximately 6:30 am.

4. The Federal Prison Camp, Bryan is a minimum-security United States federal institutional facility for female inmates in Texas. It is operated by the Federal Bureau of Prisons, a division of the United States Department of Justice. On February 28, 2020, Jennifer Daniela Martinez was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Texas upon conviction for the commission of conspiracy to import methamphetamine under Title 21 United States Code, Sections 963; 952(a)(1); and 960(b)(1)(H), in violation of Title 18, United States Code, Section 751(a). Jennifer Daniela Martinez was assigned by the United States Bureau of Prisons to serve her 84-month federal sentence in the Federal Prison Camp in Bryan, Texas, within the Southern District of Texas. On June 26, 2020, at approximately 6:30am it was determined that Jennifer Daniela Martinez escaped the Federal Prison Camp located in Bryan, Texas, without authorization by climbing under a perimeter fence and did not return.

6. Based on the fugitive investigation, I believe that Jennifer Daniela Martinez escaped from the Federal Prison Camp, Bryan, Texas within the Southern District of Texas.

7. I believe that probable cause exists to believe that Jennifer Daniela Martinez violated Title 18, United States Code, Section 751(a); Escape.

Chadwick Krenik, Deputy U.S. Marshal
United States Marshal Service

Sworn to before me this 10th day of July 2020 by affiant via telephone, and I find probable cause.

Dena Palermo
United States Magistrate Judge